UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

GILBERTO MIRANDA ALARCON,

        Petitioner,                      Case No. 1:25-cv-1339

v.                                         Honorable Paul L. Maloney

KRISTI NOEM et al.,

        Respondents.
_____/

## ORDER TO SHOW CAUSE

This is a habeas corpus action brought by an individual detained by the United States Immigration and Customs Enforcement (ICE) at the North Lake Processing Center in Baldwin, Lake County, Michigan. Petitioner challenges the lawfulness of his current detention.

Petitioner names as Respondents Field Office Director of the Detroit Field Office of ICE Robert Lynch and United States Secretary of Homeland Security Kristi Noem. Petitioner asks the Court for the following relief: to accept jurisdiction over this action; to declare that Respondents' actions to detain Petitioner violate the Due Process Clause of the Fifth Amendment and the Immigration and Nationality Act; to issue a writ of habeas corpus pursuant to 28 U.S.C. § 2241 ordering Respondents to immediately release Petitioner or, alternatively, order Respondents to schedule a bond hearing for Petitioner within five days and accept jurisdiction to issue a bond order; and to award attorneys' fees and costs for this action. (Petition, ECF No. 1, PageID.18.)

The Court has reviewed the application pursuant to 28 U.S.C. § 2243, and orders as follows:

1. The Clerk of Court shall serve copies of the petition and this order on each Respondent and the United States Attorney for the Western District of Michigan.[1]

2. On or before the third business day after entry of this order, Respondents shall show cause in writing why the writ of habeas corpus and other relief requested in the petition should not be granted.

3. Petitioner shall file a written reply on or before the third business day after Respondents file their response to the order to show cause.

4. In Respondents' response and Petitioner's reply, the parties shall address the Court's jurisdiction and authority to grant the requested relief, exhaustion of available remedies, and any issues of fact that must be resolved.

5. The Court will schedule a hearing, if necessary, after the parties have filed their submissions.

**IT IS SO ORDERED**.

Dated:   November 4, 2025                    /s/ Paul L. Maloney
                                             Paul L. Maloney
                                             United States District Judge

---

[1] Additionally, the Clerk of Court is directed to email a courtesy copy of the petition and this order to the United States Attorney's Office for the Western District of Michigan.